No. D–2539.   IN RE DISBARMENT OF STOLAR.   Disbarment entered.   [For earlier order herein, see 562 U. S. 814.]

No. D–2540.   IN RE DISBARMENT OF NAGER.   Disbarment entered.   [For earlier order herein, see 562 U. S. 814.]

No. D–2542.   IN RE DISBARMENT OF BAILEY.   Disbarment entered.   [For earlier order herein, see 562 U. S. 814.]

No. D–2543.   IN RE DISBARMENT OF FOX.   Disbarment entered.   [For earlier order herein, see 562 U. S. 814.]

No. D–2544.   IN RE DISBARMENT OF LUBIN.   Disbarment entered.   [For earlier order herein, see 562 U. S. 814.]

No. D–2545.   IN RE DISBARMENT OF CAMPBELL.   Disbarment entered.   [For earlier order herein, see 562 U. S. 815.]

No. D–2546.   IN RE DISBARMENT OF NEEL.   Disbarment entered.   [For earlier order herein, see 562 U. S. 815.]

No. D–2548.   IN RE DISBARMENT OF MENYHART.   Disbarment entered.   [For earlier order herein, see 562 U. S. 815.]

No. D–2549.   IN RE DISBARMENT OF RAYVIS.   Disbarment entered.   [For earlier order herein, see 562 U. S. 815.]

No. D–2551.   IN RE DISBARMENT OF MCCARTNEY.   Disbarment entered.   [For earlier order herein, see 562 U. S. 815.]

No. D–2552.   IN RE DISBARMENT OF SHEMIN.   Disbarment entered.   [For earlier order herein, see 562 U. S. 815.]

No. D–2553.   IN RE DISBARMENT OF GASSAWAY.   Disbarment entered.   [For earlier order herein, see 562 U. S. 816.]

No. D–2554.   IN RE DISBARMENT OF LILE.   Disbarment entered.   [For earlier order herein, see 562 U. S. 816.]

No. D–2556.   IN RE DISBARMENT OF STOCKER.   Disbarment entered.   [For earlier order herein, see 562 U. S. 816.]

No. D–2557.   IN RE DISBARMENT OF GRABINSKI.   Disbarment entered.   [For earlier order herein, see 562 U. S. 816.]

No. D–2558.   IN RE DISBARMENT OF BROWN.   Disbarment entered.   [For earlier order herein, see 562 U. S. 816.]